ANDREW W. FEUSS, Appellant, *v.* J. A. FAY & EGAN COMPANY, Respondent.

*Appeal — order of Appellate Division modifying order granting motion for examination of defendant before trial — appeal without permission to Court of Appeals dismissed.*

*Feuss* v. *Fay & Egan Co.*, 217 App. Div. 774, appeal dismissed. (Submitted December 2, 1927; decided December 16, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 13, 1926, modifying and affirming as modified an order of Special Term granting a motion for examination of defendant before trial.

*Frank Harvey Field* and *Henry Booth Moore* for appellant.

*I. Vernon Weisbrod* and *George N. Whittlesey* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.